UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALQUIDANIA MIOLAN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MILMAR FOOD GROUP, LLC,<br><br>                    Defendant. | 24-CV-6136 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 14, 2024
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge